# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA CARDENAS,** | Case No. 1:14-cv-01084-LJO-SKO |
| Plaintiff, | **ORDER** |
| vs. | |
| **ASSET ACCEPTANCE, LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: February 12, 2015**

　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　**United States District Judge**